IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:18-cr-00249-WKW-WC |
| ) | |
| WILLIAM E. HENRY, ) | |
| PUNURU J. REDDY, and ) | |
| NICOLE D. SCRUGGS ) | |

**GOVERNMENT'S MOTION TO DISMISS COUNT 18**
**OF THE SUPERSEDING INDICTMENT**

Comes now the United States of America, by and through Louis V. Franklin, Sr., United States Attorney for the Middle District of Alabama, and moves this Court to dismiss Count 18 of the Superseding Indictment.

Respectfully submitted on this the 21st day of September, 2018.

                                      UNITED STATES ATTORNEY
                                      LOUIS V. FRANKLIN, SR.

                                      /s/ Megan A. Kirkpatrick
                                      Megan A. Kirkpatrick
                                      Assistant United States Attorney
                                      131 Clayton Street
                                      Montgomery, AL  36104
                                      Tel: (334) 223-7280
                                      Fax: (334) 223-7135
                                      Email: megan.kirkpatrick@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:18-cr-00249-WKW-WC |
| | ) | |
| WILLIAM E. HENRY, | ) | |
| PUNURU J. REDDY, and | ) | |
| NICOLE D. SCRUGGS | ) | |

## **CERTIFICATE OF SERVICE**

I, Megan A. Kirkpatrick, Assistant United States Attorney, hereby certify that on this the 21st day of September, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically serve a copy upon all counsel of record.

    Respectfully submitted,

    /s/ Megan A. Kirkpatrick
    Megan A. Kirkpatrick
    131 Clayton Street
    Montgomery, AL 36104
    Tel.: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: megan.kirkpatrick@usdoj.gov