IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18-CR-249-WKW |
| | ) | |
| WILLIAM E. HENRY, | ) | |
| PUNURU J. REDDY, and | ) | |
| NICOLE D. SCRUGGS | ) | |

## ORDER

Before the court is the Government's Motion to Dismiss Count 18 of the Superseding Indictment. (Doc. # 75.) Rule 48 of the Federal Rules of Criminal Procedure provides that the government "may, with leave of court, dismiss an indictment." Fed. R. Crim. P. 48(a). Rule 48 covers dismissal of counts in an indictment as well as the whole indictment. *See United States v. Brazel*, 102 F.3d 1120, 1142 n.10 (11th Cir. 1997). Pursuant to Rule 48(a), it is ORDERED that the Government's motion (Doc. # 75) is GRANTED and that the Government is granted leave to file its dismissal of Count 18 of the superseding indictment.

It is further ORDERED that in light of the dismissal of Count 18 and per the parties' agreement (Doc. # 76, at 15-16), Defendant Punuru J. Reddy's prior Motion to Dismiss Counts 16 and 18 (Doc. # 69) is DENIED AS MOOT.

DONE this 15th day of October, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE