IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CASE NO. 2:18-CR-249-WKW |
| ) | |
| WILLIAM E. HENRY, ) | |
| PUNURU J. REDDY, and ) | |
| NICOLE D. SCRUGGS ) | |

### **ORDER**

Upon consideration of the government's Motion to Strike Forfeiture Allegations One and Two from the Superseding Indictment (Doc. # 29), it is ORDERED that the motion is GRANTED.

DONE this 29th day of April, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE